FILED
June 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003586975

**17**

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl Goldman, CSB No. 186031 [cdahl@DahlLaw.net]
Thomas S. Tengan, CSB No. 134052 [ttengan@DahlLaw.net]
**DAHL & DAHL, ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for El Dorado Farms, LLC,
a Washington limited liability company

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In Re:<br><br>**Robert Lee Pelton &**<br>**Virginia Ann Pelton,**<br><br>301 Delano Street, Elverta, CA 95626<br>SSN: xxx-xx-1438 / xxx-xx-7463<br><br>Debtor(s). | Case No.: 10-43804-A-11<br>DC No.: DD-01<br><br>Date: August 8, 2011<br>Time: 10:00 a.m.<br>Judge: McManus<br>Courtroom: A<br>Place: 501 I Street, 7th Fl<br>Sacramento, CA 95814 |

**EXHIBITS "A" THROUGH "B" IN SUPPORT OF MOTION BY EL DORADO FARMS, LLC FOR ALLOWANCE OF AND PAYMENT OF ADMINISTRATIVE PRIORITY EXPENSE**

El Dorado Farms, LLC, a Washington limited liability company ("Claimant" or "El Dorado") submits the following exhibits in support of its Motion for Allowance of and Payment of Administrative Priority Expense [Docket Control No. DD-01]:

| Exhibit | Title / Description | Starting Page No. |
|---|---|---|
| A | Invoices from September 7, 2010 to May 31, 2011 for the board & care of Kisses | 2 |
| B | Invoices from September 7, 2010 to May 31, 2011 for the board & care of the Filly, aka 09 Kisses From Dubai | 10 |

Dated: __June 22, 2011__

DAHL & DAHL,
ATTORNEYS AT LAW

By: __/s/  Candy Dahl Goldman__
Candy Dahl Goldman
Attorneys for El Dorado Farms, LLC, a
Washington limited liability company

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2010 | 11984 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| September | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 30 | 21.00 | 630.00 |
| Reimbursible | Halter | 1 | 35.00 | 35.00 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |
| | *Less 6 days board* | *(6)* | *(126)* | *(126-)* |
| | *Charges from* | | | |
| | *9-7 thru 9-30-2010* | | | |

**Total** ~~$710.00~~

*$584.00*

Exhibit "A"
Pg 1 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 10/31/2010 | 12071 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| October | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |

| | **Total** | $651.00 |
|---|---|---|

3

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/30/2010 | 12098 |

BILL TO

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---|---|---|
| November | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| S Board | Single Horse daily Board | 30 | 21.00 | 630.00 |
| Furrier | Trimming / Shod | 1 | 45.00 | 45.00 |

| Total | |
|---|---|
| | $675.00 |

4

Exhibit "A"
Pg 3 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 12/31/2010 | 12132 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| December | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |
| Medical | Abcess - Poultice | 1 | 100.00 | 100.00 |
| Tucoprin | Tucoprin | 1 | 105.00 | 105.00 |

| | Total | $856.00 |
|---|-------|---------|

5

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/31/2011 | 12181 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| January 2011 | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |

| | **Total** | $651.00 |
|--|-----------|---------|

6

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/28/2011 | 12235 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| February | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 28 | 21.00 | 588.00 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |

| | **Total** | $633.00 |
|---|---|---|

Exhibit "A"
Pg 6 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/31/2011 | 12321 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| March | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |

| | **Total** | |
|---|---|---|
| | | $651.00 |

Exhibit "A"
Pg 7 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/30/2011 | 12361 |

| BILL TO |
|---------|
| Robert Pelton<br>3901 Commerce Drive<br>West Sacramento, CA 95691 |

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| April | Due on receipt | Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 30 | 21.00 | 630.00 |
| Quest | Quest Oral Dewormer | 1 | 25.00 | 25.00 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |

NAME
KISSES
FROM
DUBAI

SEPT. 10    504•00    +
OCT. 10    551•00    +
NOV. 10    575•00    +
DEC. 10    556•00    +
JAN 11    551•00    +
FEB 11    535•00    +
MAR. 11    551•00    +
APRIL 11    7 0•00    +
5,451•00    *

| | Total | $700.00 |
|--|-------|---------|

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/30/2011 | 12360 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| April | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 30 | 21.00 | 630.00 |
| Quest | Quest Oral Dewormer | 1 | 25.00 | 25.00 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |
| Strongid C | Daily Strongid C Wormer | 30 | 0.70 | 21.00 |

*Handwritten annotations:*

```
09
KISSES    Sept. 10  543.20   +
FROM      OCT 10    717.70   +
DUBAI     Nov 10    717.70   +
          DEC 10    877.70   +
          JAN 11    717.70   +
          FEB "     557.60   +
          MAR "     572.70   +
          APRIL "   721.00   +
                   5375.30   *
```

| | Total | $721.00 |
|--|-------|---------|

Exhibit "B"
Pg 1 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/31/2011 | 12322 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| March | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |
| Strongid C | Daily Strongid C Wormer | 31 | 0.70 | 21.70 |

| **Total** | | | | $672.70 |
|-----------|--|--|--|---------|

Exhibit "B"
Pg 2 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/28/2011 | 12236 |

| BILL TO |
|---------|
| Robert Pelton<br>3901 Commerce Drive<br>West Sacramento, CA 95691 |

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| February | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 28 | 21.00 | 588.00 |
| Strongid C | Daily Strongid C Wormer | 28 | 0.70 | 19.60 |

| | Total | $607.60 |
|--|-------|---------|

12

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/31/2011 | 12182 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| January 2011 | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |
| Strongid C | Daily Strongid C Wormer | 31 | 0.70 | 21.70 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |

| **Total** | $717.70 |
|-----------|---------|

Exhibit "B"
Pg 4 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 12/31/2010 | 12133 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| December | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |
| Strongid C | Daily Strongid C Wormer | 31 | 0.70 | 21.70 |
| Medical | Abcess Poulstice | 1 | 100.00 | 100.00 |
| Tucoprin | Tucoprin | 1 | 105.00 | 105.00 |

| **Total** | | | | $877.70 |

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/30/2010 | 12099 |

**BILL TO**

Robert Pelton
3901 Commerce Drive
West Sacramento, CA 95691

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| November | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 30 | 21.00 | 630.00 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |
| Strongid C | Daily Strongid C Wormer  October & November | 61 | 0.70 | 42.70 |

| **Total** | $717.70 |
|-----------|---------|

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 10/31/2010 | 12070 |

| BILL TO |
|---------|
| Robert Pelton<br>3901 Commerce Drive<br>West Sacramento, CA 95691 |

| BILLING MONTH | TERMS | HORSE |
|---------------|-------|-------|
| October | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 31 | 21.00 | 651.00 |
| Strongid C | Daily Strongid C Wormer | 31 | 0.70 | 21.70 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |

| **Total** | $717.70 |
|-----------|---------|

Exhibit "B"<br>Pg 7 of 8

El Dorado Farms LLC

41818 228th Avenue S.E.
Enumclaw, WA 98022

# Invoice

| DATE | INVOICE NO. |
|------|------|
| 9/30/2010 | 11983 |

| BILL TO |
|---------|
| Robert Pelton<br>3901 Commerce Drive<br>West Sacramento, CA 95691 |

| BILLING MONTH | TERMS | HORSE |
|------|------|------|
| September | Due on receipt | 09 Kisses From Dubai |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| S Board | Single Horse daily Board | 27 | 21.00 | 567.00 |
| Strongid C | Daily Strongid C Wormer | 27 | 0.70 | 18.90 |
| Medical | Dr. Campbell vet | 1 | 42.50 | 42.50 |
| Farrier | Trimming / Shod | 1 | 45.00 | 45.00 |
| | *Less 6 days Board* | *⟨6⟩* | *⟨126⟩* | *⟨126⟩* |
| | *" Strongid* | *⟨6⟩* | *⟨4.20⟩* | *⟨4.20⟩* |
| | *Charges from*<br>*9-7 thru 9-30* | | | |
| | | | | *⟨130.20⟩* |

| Total | ~~$673.40~~ |
|------|------|

*$543.20*